| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Beth E. Levine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>Sean T. Wilson, Esq.<br>KELLEY DRYE & WARREN LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br>swilson@kelleydrye.com<br><br>*Counsel to the Liquidation Trustee* |
| In re:<br><br>RTW RETAILWINDS, INC.,[1]<br><br>　　　　　　　　　　　Debtor. |

Case No.: 20-18445 (JKS)

Chapter 11

**Judge:  Hon. John K. Sherwood**

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>               Plaintiff,<br><br>v.<br><br>LINK FASHION NEW YORK INC.<br>               Defendant. | Adv. Proc. No. 22- 01171      (JKS) |

## CERTIFICATE OF SERVICE

I, Michael A. Matteo:

1.
   - ☐ represent the _____ in this matter.
   - ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents The Liquidation Trustee in this matter.
   - ☐ am the _____ in this matter am representing myself.

2. On June 27, 2022, I caused copies of the following pleadings and/or documents to the parties listed in the chart attached *COMPLAINT; SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COURT INSTRUCTIONS; PROPOSED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL AND MEDIATION ORDER*

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 27, 2022                                         */s/ Michael A. Matteo*
                                                                      Michael A. Matteo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LINK FASHION NEW YORK INC. ATTN: ZHI BIN GUO, CEO 214 W. 39TH STREET, STE. 802 NEW YORK, NY 10018 | DEFENDANT | ☐ Hand-delivered ☒ Regular mail ☒ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  |  |
|  |  |  |

*rev.8/1/16*

3