Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  RTW Retailwinds, Inc.
Debtor

Case No.: 20–18445–JKS
Chapter 11

META Advisors LLC, in its capacity as Liquidation
Trustee of the RTW Liquidation Trust
Plaintiff

v.

LINK FASHION NEW YORK INC.
Defendant

Adv. Proc. No. 22–01171–JKS                                  Judge: John K. Sherwood

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 7, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 8
Mediation Order. Jay L. Lubetkin (Mediator) added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2023. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2023
JAN: zlh

Jeanne Naughton
Clerk