Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  RTW Retailwinds, Inc.
Debtor

Case No.: 20−18445−JKS
Chapter 11

META Advisors LLC, in its capacity as Liquidation
Trustee of the RTW Liquidation Trust
Plaintiff

v.

LINK FASHION NEW YORK INC.
Defendant

Adv. Proc. No. 22−01171−JKS                                           Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on February 7, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2023. Discovery due by 5/30/2023. Trial date set for 8/23/2023 at 10:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2023
JAN: zlh

Jeanne Naughton
Clerk