| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jay L. Lubetkin<br>*Court Appointed Mediator* | |
| In re:<br><br>RTW RETAIL WINDS, INC.,[1]<br><br>        Debtor. | Case No.:    20-18445 (JKS)<br><br>Chapter:    11<br><br>Honorable John K. Sherwood |
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>LINK FASHION NEW YORK, INC.,<br><br>        Defendant. | Adv. Pro. No. 22-01171 (JKS) |

## MEDIATION REPORT

By order of this court dated <u>February 6, 2023</u>, this matter was referred to mediation.

1. A settlement of this matter:

   ☒    was reached        ☐    was not reached.

---

[1] The remaining Debtor in this Chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

2. *[If a settlement was reached:]* The party designated to file the settlement document(s) is: Plaintiff's counsel, Beth Levine, Esq. The settlement document(s) will be filed on or before April 13, 2023,

3. Resolution of Adversary Proceeding:

    ☒ All outstanding issues have been resolved and the case may be closed in the normal course.

    ☐ There are issues that have not been resolved and the case shall remain open.

    ☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated:  3/30/2023                                   /s/ Jay L. Lubetkin
                                                    Mediator's Signature